1028

[No. 20169-7-I. Division One. January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CORYDAN COCHRAN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-1-00387-6, Byron L. Swedberg, J., entered March 18, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Coleman, J. Now published at 51 Wn. App. 116.

[No. 18304-4-I. Division One. January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY EARL TEEMS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00515-0, John F. Wilson, J., entered March 28, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 19088-1-I. Division One. January 8, 1988.]

TUDOR INSURANCE COMPANY, INC., *Appellant,* v. CHRISTIAN SCHOOLS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-01755-2, James A. Noe, J., entered July 31, 1986. *Affirmed as modified* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Ringold, J.